25-cv-00953-HG-TAM

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 1 8 2025 ★

BROOKLYN OFFICE

FoRm 1 Notic Intention

STATE of New York

Court of Claims

Miller L. Phillip JR 2483510                          Notice of Intention
                        Claimant                      To File A Claim

— against —                                    Index #HA1-23 NYSID 00321402H

The State of New York,

                        Defendant

All Departments of Unitedstates/NewYork State/Authories Amgencies of the world And Universe

      To: THE ATTOREY GENERAl of STATE of New York


   SIR or MADAM!

   Please take notice that the undersigned, Miller Phillip JR 2483510, Intends
to File A Claim against the State of New York Pursuant to Sections 10 And 11
of the Court of Claims Act.

   The Post office address of the claimant is: ATTICA Corrections) Facill
P.O.Box 149 ATTICA 14011-0149

   The Claimant is submitting this Notice of Intention to File A Claim
Pro Se. The time when the place where And the manner in which
the claim Arose Are As Follows:


         Describe your injuries And explain how the State is at Fault.


         Violations of All LAW-Rules-Policies-Regulations And being Held
against my will here At Attica Correctional Facility P.O. Box 149 ATTICA
New York 14011-0149 For A Double Jeapardy crime by being sentence
twice for 265.02(5) 3rd Sub And 265.02 3rd Sub (1) crimes which is Double Jeapard
In New York State And many other state as well. Also Violated my Due Proces
Right's many Injuries And Damages- See Attach claim And Following Pages!
Also Green ▇ card- Receipit- After the origial claim was send to here A copy
For now because the haring wrote back yet it take (2 to 4) weeks →

It was Send out From ATTICA JAN 14, 2025 / Receiet turn to me on the next DAY JAN 15, 2025 / Green card Return to me on 23th JAN Delivery on I-21-2025. Also I'm Asking to be Immedility release from Docss custordy And For our office to Investigate All matter's of the The claim And notifiey Albany Head quarters to Immedility Brelease me. Also I will Return All the origical soon he Federal Court write back And send back the origicl of the Ink one, For now hede a Copy of Claim For you to have on Records. Thank you For your are And help MAY God Bless your office For Following the LAW!

FORM 2: VERIFICATION
STATE OF NEW YORK
COURT OF CLAIMS
Miller L. Phillip 24B3510

                 Claimant,

  - against -                           VERIFICATION

THE STATE OF NEW YORK
                Defendant.
  All Departments of United States / New York State / Authories Agenicies of the world
and universe.
STATE OF NEW YORK
COUNTY OF Wyoming 4Dept Western District New York STATE

I, Miller L. Phillip JR 24B3510, being sworn, depose and SAY:

   1. I am the claimant in the within Action
   2. I have read the foregoing Notice of Intention to File A clan
And know the contents thereof.
   3. The same is true to my own knowledge except As to matters
therein stated to be Alleged on information And belief, And that As
to those matters, I believe them to be true.

                                     phillip L miller JR 24B3510
                                      Claimant

Sworn to before me this _____ day
of _____ 20___

        NOTARY PUBLIC

FORM 3: AFFIRMATION OF SERVICE
STATE OF New York
Court of CLAIMS
Miller L. Phillip JR 24 B3510

                    Claimant,

    —against—                                    AFFIRMATION OF SERVICE
THE STATE OF NEWYork

                    Defendant.

All Departments of United States/New York State/Authories Angenicies of the
world And universe.
STATE OF NEWYork
County of wyoming 4 Dept western District NEW York State


I, Miller Phillip JR 24B3510, affirm this 3th day of January, 20 25 under the
Penalties of PerJury under the law of NEWYork, which MAY include a fine of
Imprisonment that the following is true And that I understand that this document
will be filed in an Action or Proceeding in a court of law.


I'an over the Age of 18 And reside At ATTICA correctional Facility P.O. Box
149, ATTICA NEWYork 14011-0149 western District 4 Dept


On the 4th day of February, 2025, I served a Notice of Intention to
File a claim upon the Attorney General of the state of New York by certified
Mail, return receipt requested, at the following Address


            The Attorney General of the state of New York
                  Department of Law
                  The Capital
                  Albany, NY 1224

Said Address being the Address designated by the Attorney General for that purpose by depositing A true copy of the within in a postpaid, properly Addressed wrapper in an official depository under the exclusive care and custody of the united States postal service within the State of New York.

Miller L. Phillips JR
Miller L. Phillips 24B3565
Claimant

Form 4: Claim For Damages
Court of Claims
Miller L. Phillip JR 2483510                              CLAIM FOR DAMAGES
                        Claimant,                              CLAIM NO.
—against—                                                  Assigned Judge:
The State of New York
                        Defendant,
All Departments of United States | New York State | Authores Angenicies of the world
And universe.                        Miller L Phillip 2483510

1 The Post office address of the claimant is Wyoming ATTICA Correctional
Facility P.O. Box 149 ATTICA 14011-0149 Western Detrit 4 Det

2 This Claim is For Assault and battery by the State of New York
committed by its Employee (s), correction Officer(s), All Officers | Angents |
Correctional officer's | Police officers | Federal Angents | CIA Angents | DEA | Macdan
Angents | Ductor's Agents | Mental Health Ducter Angents | Sheffi officers | State corre
etional officers | Nurse Angents | All Authors of United states And As well As this
Whole world And Realm For Breaking God Laws And universe Laws
espeally ATTICA correctional facility P.O. 149 ATTICA New York 14011-
0149 Wilysoming County. who injured claimant while Acting within the
Scope of their employment And in the discharge of their duties on
All ny L 03-15-2023  03-14-2023 08-15-2024 08-16-2024 09-16-2024 12-10-2024
1- -2025.     1st 2nd 3th           3th
             14th 10th   1st  2nd  December
3 on the 15th 14th day of March | November 2023, at 12:35AM o'clock PM | AM [circls
one] in the city of BROOKLYN | ATTIQ | County of King S | Wyoming State of New
York, All Authores | All Angents | police officer's | correction officer's | CIA | FBI | DEA
ATF | Whole County = world | Realm | All Departments of New York State.

[Describe what led up to the Assault And how you were Assaulted using
As many separate paragraphs to recount the basic course of events
                                                    Next →

As necessary. Include Allegations that the Assault was unjustified and without provocation and that it was intentional and willful]

MANY Reason And because I reRufese to be screach by telling the officer's I'm not reFuseing the Arrested.

4. This claim is filed within one (1) year after the claim Accrued, As required by law.

5. Attached hereto, As a part of the claim, is a sketch of the place of the Above described Incident.

6. As a result of this Incident, claimant suffered, Physical, mentally Stress, Depression, Axitnieni, trunapble, MANY conditions, sweat, tears, Pain, weight up and down loss of sleep unhealthy, Areas, living conditions bads And MANY more violations / Rules / LAWS violations / Black loss snatches And MANY wrong I can Address in the court of laws

7. The particulars of claimant's damages Are As follows: See Attachments of claim - Suffering Physical pain, mental And emotional pain and Anguish, Any Permenent Physical disability, disfigurement and Scarring As well Permenent mental / emotional disability harm, Medical expenses been paid under my social ▪▪ Scueuritey, lost of years of my life to the system, ▪▪ discrimination violations of Due process and U.S. States constition Amendrents. And shill being Held Against my will on this Charge now in under this Indictment number / DIN / Number 7194-23 / NYSID 00321402H-24B3510, MAinly on Life.

                                                              Next →

8. This Action is filed pursuant to sections 10 And 11 of the court of claims Act.

WHEREFORE, claimant respectfully request Judgment Against the defendant in the sum of 700 zillions/The whole Realm/World/God has no Amounts of Dollars/God hAs whatever God want In Life.

Miller Phillip JR 24B3516

Miller L. Phillip JR 24B3516

claimant

VERIFICATION (for form 4)

STATE OF New York

COUNTY OF Wyoming

I, Miller L. Phillip 2483510 _____, being duly sworn, depose And say:

4. I am the claimant in the within Action

5. I have read the foregoing Claim And know the contents thereof.

6. The same is ture to my own knowledge except As to matters therein statesd tobe Alleged on Information And belief. And that AS to those matter I believe them to be true

_Phillip L. Miller_ JR 2483510
Claimant

Swor to before me this _____
day of _____, 20___

X _____
       NOTARY PUBLIC

FORM 5: CLAIM FOR DAMAGES RELATED TO MEDICAL

NEGLIGENCE AND MALPRACTICE

STATE OF NEW YORK

CORTS OF CLAIMS

Miller L. Phillip DIN 24B3510

                Claimant,          CLAIM

                           Claim No. _____

-against-               Assigned Judge:

THE STATE OF NEW YORK

           Defendant.

All Departments of united states/New York state/Authories Angencies of the World And universe.

                     Miller L. Phillip DIN 24B3510

1. The Post office Address of Claimant here is wyoming County western District 4 Dept Newyork state ATTICA Correchioner Facility P.o.box 149 ATTICA New York STATE 14011-0149

2. This Claim is for negligence of the state of New York for the negligent Practice of dentistry by All Departments of New York State And Angencies-Doccs-NYSCS-This whole world-County

3. AT All times herein mentioned, Doccs-NYSES-This whole world-County, was engaged in the practice of dentistry in wyoming, queens ATTICA, Doc, This whole state-county-world-, New York, And held himself out to be a doctor of dentistry duly qualified to do dental work on human beings And particularly, to extract teeth. All Dentist of Newyork state (This world) At Doc, Doccs, NYSCS, All Dental Angencies in New York state (This country) was employed by the state of newYork And some type of Angencies in this world (Realm) to provide dental care.

                                    Next → page

4. on or about the 10th day of December ___, 20.24 claimant consulted (was seen by) Dentists IN ATTICA Above DATE. And MANY DEPARTMENTS of New York state And country, while Is was suffering severe PAIN from wisdom toath, Accompanied by great swelling.

5. MANY Departments ~~All~~ ~~of New york state~~ reccomendes to MILLER.L Phillip JR24B3510 that the tooth be extractes to which I Agrees, but not to have pieces left in the Gums Areas that cause infections to the mouth and HUMAN Body, or even worst An Infectios that spread thur the Body from Infectes teeth- tooth being extractes the wrong way out My mouth / stocket.

6. In extracting the tooth, (█████ ATTICA And of All Dentist and New york state/ county, performed the work so negligently that the tooth shatteres, And defendant representes to claimant that the Splinters had been remores.

7. After the tooth was extractes, claimant suffered great PAIN And Swelling in the Area of the tooth, but ATTICA (All Dentist Departments) of New York, negligently failes to extract a part of the tooth which had been left in the socket or to make Any effort to so, So representing to miller.c Phillip 24835 that his PAIN and swelling was normal And would soon subside.

8. on or about 9 day of December, 20 24, upon consulting ATTICA- Rikes Island- All Dentists Department of New york state (This County- Another tentist who X-rayes claimant's Jaw, Miller.L Phillip 24B3510 learnes that a piece of Broken tooth had been left by ATTICA/Rikes Island Dentist or even Brookdale Hospial of Dentists Departments in New york state. Miller.c Phillip JR 24B 3510 JAw and it was necessary for claimant to undergo An operation to have the piece of tooth remores.

9. The negligence of ATTICA / All departments of New york State / This county, herein above alleged, consisted of (a) so manipulating the tooth while it was being removed that it was caused to break, (b) failing to extract the broken piece of tooth or to make any effort to do so and failing to take an x-ray of the socket from which the tooth had been extracted; (c) representing to Miller L. Phillip 2483510 that the extraction had been made in a competent manner, when he knew or should have known that the piece of broken tooth had been left in.

10. The injuries and damages herein alleged were caused solely by the negligence of the defendant as herein alleged, without any negligence on the part of the claimant Miller L. Phillip 2483510 contributing thereto.

11. See Attach claim

12. Notice of Intention to file this claim was filed in the office of the clerk of the court of clains on the 4th day of Febuary, 20 25, and in the office of the Attorney General on the 4th day of Febuary 2035.

13. This claim is filed within two and one half (2 1/2) years after the claim accrued, as required by law.

14. The particulars of claimant Miller L. Phillip JR

[STATE particulars of damages]

WHEREFORE, claimant Miller L. Phillip JR 2483510 respectfully requested Judgment against defendant in the sum of 700 zillions / The whole Realy world / GOD has no Amounts of Dollars! God has whatever God want in life.

Next →

WHEREFORE, claimant respectfully requests Judgment against defendant in the sum of 900 zillions (The whole dollar s (& GOD ) has no amounts God has whatever GOD want in Life. Earth | Land | Heaven | space | whatever GOD want.

Miller L. phillip JR 2483510
miller L. Phillip JR 2483510
Claimant

VERIFICATION (for forms)

STATE OF NEW YORK )
                              )

County of Wyoming

I, Miller L Phillip JR 2483510, being duly sworn, depose and say:

1. I am the claimant Miller Phillip JR 2483510

2. I have read the foregoing claim and know the contents thereof

3. The same is true to my own knowledge except as to matters therein stated to be alleged on information and belief, and that as to those matters, I believe them to be true.

                              Miller L. Phillip JR 2483510
                              Miller L. Phillip JR 2483510
                              Claimant

Sworn to before me this ____ day

of _____, 20 ___.


X _____

      NOTARY PUBLIC

Form 6: CLAIM BASED ON NEGLIGENT MAINTENACE
STATE OF NEW YORK
Courts OF CLAIMS
Miller L Phillip JR 24B3510

|  |  |  |
|---|---|---|
| Claimant | | CLAIM |
| -against- | | CLAIM No. |
| THE STATE OF NEW YORK | | Assigned Judge |
| Dependant | | |

All Departments of United States New York state/Authoriers Angencies of the World
And univers.

1. The Post office address of the claiment Miller L Phillip 24B3510
herein is ATTICA Correctional Facility P.O. BOX 149 ATTICA N.Y. 14011-0149
Wyoming County. western District 4th Dept

2. This Claim is for negligence of the state of New York for Failure
to adequately maintain the ceiling of the dayroom of C-BLOCK ASAT
at ATTICA Correctional Facility, on the see Attachment day of September 2024

3. It was the duty of the defendant state of New York to maintain
In a safe And Proper condition the ceiling's And walls in the correctins
facility, And specifically the dayroom In Many Prisons ATTICA C-Block
Elmira ceilings And conditions are very bad Tier 6-7-cell, In Elmira
Correctional Facility Many Prison & All Jails, Prison/county/Rikes Island All
Departments In New York state is to care, custody control, (CCC) AT All
Prisons, Pentention centers, county-All Departments of New York State And
County.

4. on And Prior to the _____ day of _____, 20___ the defendant
disregarded its duty by negligently And carelessly permitting the ceiling
In the dayroom at C-Block And ATTICA Correctional Facility, to be

Next →

Improperly And dangerously Maintained in an unsafe condition, in that the plaster had disintegrated so that large portions had become loosened And were not properly held in place.

5. on the 5ee day of Attachments, 20 — at approximately ____ o'clock a.m. or P.m.), claimant was sitting in the dayroom of See Attachment reading a book when a large portion of Plaster fell from the Ceiling, striking claimant on the head, shoulder, arm and leg, causing serious injuries.

6. [Insert allegations showing DOCC's knowledge of the condition that caused Your injuries, seeAttachments]

On the date of the incident And for see claim months Prior Defendant had Actual notice of the unsafe And dangerous condition because of grievances And complaints made requesting repair of condition, or The unsafe, defective And dangerous condition of the ceiling of the dayroom At see Attachment3 or claim C- Block Day room Attica Correctional Facility had existed for a sufficient period of time prior to the accident on see claim that the defendant could And should have known of the dangerous And defective condition of the ceiling.

7. As a result of this incident, claim miller L. Phillip 24B3510 suffered: [Describe All Physical, Mental, emotional or other harm And injuries] stress, depression, PTSD, ADHD, Axiteuity, emotional depress, weight loss can't sleep At night sometimes Many All Above.

8. The particulars of claimant's damages Are As Follows: miller L. Phillip 24B3510 see Attachment

9. notice of Intention to file this claim was served on the office of the Attorney General on the 4th ____ day of February ____ 2025, by certified mail return receipt requested.

next →

10. This claim is filed within two(2) years after the claim accrues as required by law.

11. Attached hereto as a part of the claim is a sketch of the place of the accident.

12 This claim is filed pursuant to sections 10 and 11 of the claims Corts Act.

WHEREFORE, claimant respecfully requests Judgment against defendant in the sum of dollars ($700zillions) The whole world Realm (God has no Amounts God has whatever God want in life.

mille L. phump JR

Miller L. Phillip 24B3570
Claimant

VERIFICATION (for forfeit)

STATE OF NEW YORK )
)
County of Wyoming 4th Dept westen District state of new york )

I, Miller L. Phillip JR 24B3510, being duly Sworn, depose And Say;

1. I am the Claimant in the within Action
2. I have read the forgoing claim And Know the contents thereof.
3. The same Is true to my own Knowledge except As to Matters therein stated to be Alleged on Information And belief, And that And that As to those Matters, I believe them to be true.

                            24B3510 Miller L. Phillip JR
                            24B3510 Miller L. Phillip
                            Claimant

Sworn to before me this ___ day
of _____ 20___.

X _____
        NOTARY PUBLIC

FORM 7: SAMPLE GENERIC CLAIM

STATE OF NEW YORK

COURT OF CLAIMS

Miller L. Phillip JR 24B3510

claimant,

v.                                                           CLAIM

The State of New York,

Defendant.

All Departments of United States | New York State | Authories | Angencies of the world And universe

1. The Post Office address of the claimant Miller L. Phillip JR 24B3510 wyoming Attica correctional facility P.O. Box 149 Attica Newyork 14011-0149 western District 4th Dept State of New York.

2. This claim arise from the Acts or omissions of the defendant. Details of said acts or omissions Are As follow (be specific): See Attachetments OF CLAIM

3. The Place where the Act(s) took place is [be specific]: See Attachetment CLAIM See Attachment please

Next page →

4. This Claim Accrued on the _____ day of _____, 20___

5. [Check Appropriate box]:

☒ This claim is served And filed within 90 days of Accrual.

OR

☐ A notice of Intention File A claim was served on _____ which date was within 90 days of Accrual.

OR

☐ This claim by a correctional facility Inmate to recover damages for Injury to or loss of personal property and it is served And filed within 120 days of the exhaustion of Claimant's Miller, L Phillip JR 24B3510 administrative remedies.

By reason of the foregoing, claimant Miller, Phillip JR 24B3510 was damaged in the Amount of $ 700 Zillions (The whole Realm) and There is no Amount you can God, because God has whatever it want And when it want it!

24B3510 Miller L phillip JR
24B3510 Miller L Phillip JR
Claimant

VERIFICATION (For Form)

STATE OF NEW YORK                              )
                                               ) SS..:
County OF Wyoming western District 4th Dept

1. I'am the claimant Miller L. Phillip JR 24B3510 in the within Action

2. I have read the foregoing claim And know the contents thereof,

3. The same is true to my own Knowledge except As to matters therein stated to be alleged on Information And belief, and that As to those matters, I believe them to be true.


                                    phillip L. miller JR 24B3510
                                    claimant


Sworn to before me this ____ day.

of _____ , 20 ___ .


_____

NOTARY PUBLIC

FORM 8: Affirmation In Support of Application Pursuant to CPLR 1101(F)

State of New York
Court Claims
Miller L. Phillip JR 24B3510
24B3510 _____, Claimant,                    Affirmation IN support
                                                    To CPLR 1101(F)
The State of New York,                              Claim No _____
              Defendant.
All Departments of universe [united states] New York State [Authories] Angencies of
the world And Country
STATE OF New York                      )
County of Wyoming Western District 4th Street  )SS:
I, Miller L. Phillip JR 24B3510, hereby affirm this 4th day of Feburay ____, 2025
under the penalties of perjury under the laws of New York, which
May Include A fine or Imprisonment that the following is true, And I
understand that this document we be Filed in an action or proceeding in a court
of law.

1. I am the claimant in this proceeding, I am an Inmate in a federal, state,
   or local correctional facility. Attica Correction) Facility), And I
   submit this affirmation to support my Application for a reduction of
   the filing fee.
2. I currently receive Income from the following sources, not including
   correctional facility wages. Correctional And some Family members
   but really have nobody, poor person so can you please accepted God May
   Bless you.

                                        Next →

3. I own the Following Valuable property (other than Miscellaneous personal property):

    ☑ None

    ☐ List Property, if Any!          Value

4. I have no savings, property, Assets, or Income other than As listed Above.

5. I am unable to pay the Filing fee necessary to prosecute this Proceeding.

6. No other person who is able to pay the Filing fee has a beneficial Interest in the result of this proceeding

7. The facts of my case Are described in My CLAIM And other PAPERS filed with the court.

8. I have made no other request for this relief in this case.

                               Philip L. Muns JR
                               Claimant   2483514

AUTHORIZATION

I, Miller L. Phillip JR 2483510 request and authorize the Agency holding me in custody to send to the clerk of the court of claims Certified copies of the correctional facility trust fund account statement (or the institutional equivalent) for the past six months.

I further request and authorize the Agency holding me in custody to deduct the filing fee from my correctional facility trust fund account (or the institutional equivalent) and to disburse those amounts as instructed by the Court of claims.

This authorization is given in connection with this claim and shall apply to Any Agency Into whose custody I may be transferred.

I UNDERSTAND THAT THE ENTIRE FILING FEE AS determined By THE COURT OF CLAIMS WILL BE PAID IN INSTALLMENT By AuTomATIC DEDUCTIONS FROM MY CORRECTIONAL FACILITY TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED.

Miller L. Phillip JR
2483510

Corrections officer's          Must Jet All these People          To SlAy them          If Heaven 1966 DAwn Lee por

|  | ESH | (15A) | | ATTicA Correction officer |
| H/L | OutlAw ReSH | JohNSoN | | Sgt Pichette |
| Good | wilson | | | |
| BAd | VAldez GRVC | | | |
| Good | Angustice GRVC | | | ZoE RooT  LEGAL AppELLAtE Litigation   write BAck |
| BAd | ThomAS GRVC | | | ELizAbeth ISAAcJ |
| Good | owney West fAcility | | | |
| BAd | WU GRVC | | | HAtchet- Good/SlAy |
| Good | RENTER OBCC | | | Wright - Queen- 11A Bouth |
| Good | PAKer OBCC | | | |
| BAd | HYE OBCC | | | |
| BAd | Denney OBCC | | | |
| BAd/Good | DAViS ReSH | | | |
| Good/Good | Ford ReSH | | | |
| BAd | Mitchell GRVC | | | |
| BAd | Ms "o" GRVC IIA-13B Ms"o" | | | |
| Good | Ms Herters | | | |
| Good/BAd | KAthY HochUl | | | |
| BAd/Good | AtidAN AdAms | | | |
| | Outcomers | | | |
| | SheSSeShoo | | | |
| | Ourdromas BOOO | | | |
| Good/Good | DYer OBCC JAmicA one | | | |
| | BIG Girl | | | |
| Good | LeSLie GRVC / CApt LeSLie | | | |
| BAd | DepUty HAmilton GRVC | | | |
| BAd | DeputY Subran GRVC | | | |
| Good/BAd | HEGrLEA GRVC | | | |
| Good/Good | DepUty HArrIS Young one | | | |

Phillip 24B3510

rrectional Facility

14011-0149

ATTICA

IONAL FACILITY

quadient
02/12/2025
US POSTAGE $011.54⁰
ZIP 14011
041M11471730

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 1 8 2025 ★

BROOKLYN OFFICE

IORITY
MAIL ★

**TRACKED**
★ ★ ★
**INSURED**
★

UNITED STATES
POSTAL SERVICE®
Domestic Use Only

Label 107R, July 2013

USMS

TO: CLERK OF U.S. DISTRICT Court

Eastern District of New York

225 CADMAN PLAZA EAST

BROOKLYN, N.Y. 11201

OFFICIAL BUSINESS

IL)